**STATE of Missouri, Respondent,**

v.

**George F. TAYLOR, Appellant.**

**No. WD 33197.**

Missouri Court of Appeals, Western District.

Jan. 18, 1983.

James W. Fletcher, Public Defender, Anne Hall, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John B. Jacobs, Jr., Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from conviction of forgery under § 570.090.1 RSMo 1978 and sentence to three years imprisonment. No jurispruden-

tial purpose will be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).

All concur.